Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

United States Courts
Southern District of Texas
F I L E D

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Houston Division

**MAR 15 2019**

David J. Bradley, Clerk of Court

| | |
|---|---|
| Kamme O | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Texas Department of Insurance, TXSFMO | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kamme O |
| Street Address | 3503 Winding Road |
| City and County | Hearne, ROBERTSON |
| State and Zip Code | Texas 77859 |
| Telephone Number | 979-575-1091 |
| E-mail Address | AggieCarpenterMom@gmail.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Cynthia Olivier |
| Job or Title *(if known)* | HR Director |
| Street Address | 333 Guadalupe Street, PO Box 149221 |
| City and County | Austin, TRAVIS |
| State and Zip Code | Texas 78714-9221 |
| Telephone Number | 512-676-6782, 1-800-578-4677 option 9 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TDI - Texas State Fire Marshal |
| Street Address | 333 Guadalupe Street |
| City and County | Austin, TRAVIS |
| State and Zip Code | Texas 78714-9221 |
| Telephone Number | 512-676-6000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

☒    Relevant state law *(specify, if known)*:

☒    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: | Preferential hiring. |

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 2016- June 2017

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☒ age *(year of birth)* | 1966 | *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

> Please refer to attached EEOC charge 460-2017-03421 and TDI TXSFMO open records request of 2017 inspections filled out by the new hire, based on inspections of TAMU campus via notes I supplied to the TXSFMO Captain. = "insert building name here has been inspected"
> TXSFMO failed to reply as the the false inspection date issue 2012-201* at Texas A&M University - based on the evidence that I supplied 12-2016 and 2017.
> After reading the 2017 "inspection" of TAMU, so many blatant mistakes - TXSFMO report is entirely vague if not incorrect, yet they claim she was "more qualified" than my certifications and 16 years of inspection experience. TAMU and TDI are both "STATE", TAMU AHJ is James B. Rainer.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

> 06-27-2017 after reading all the mistakes of an inspection based on notes I supplied TXSFMO.

B.   The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*   | 12/15/2018 |   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Basis: bias hire via State of Texas, TDI, TXSFMO deals directly with TAMU AHJ James B. Rainer - see 4:17-CV-03877 - Rainer always said my SAFETY inspections were "too thorough"- avoided allowing me to escort TXSFMO inspectors 1999-2016 TAMU. AHJ J.Rainer knew about the false inspection date issue - so did VP Strawser and TAMU Human Resources - via my 2015-2016 Complaints

Award Plaintiff front pay and the value of lost benefits for the period remaining until her normal retirement age.
Award Plaintiff back pay and the value of lost benefits up to the date of front pay accrual;
Award Plaintiff compensatory damages for emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life;
Award PLAINTIFF exemplary damages – DEFENDANT(s) acted with malice.
Award PLAINTIFF medical expenses;
Award PLAINTIFF punitive damages;
Award PLAINTIFF special and nominal.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/12/2019

Signature of Plaintiff

Printed Name of Plaintiff    Kamme O

### B.    For Attorneys

Date of signing:    03/12/2019

| Signature of Attorney | PRO SE - Kamme O |
|---|---|
| Printed Name of Attorney | NA |
| Bar Number | NA |
| Name of Law Firm | NA |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Street Address | 3503 Winding Road |
| State and Zip Code | TX 77859 |
| Telephone Number | 979-575-1091 |
| E-mail Address | AggieCarpenterMom@gmail.com |

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Kamme O
3503 Winding Road
Hearne, TX 77859

From: Houston District Office
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2017-03421 | Pamela Butler, Investigator | (713) 651-4929 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Paula Bin

12.12.2018

Enclosures(s)

Rayford O. Irvin
District Director

*(Date Mailed)*

cc: Cynthia Olivier
HR Director
TEXAS DEPARTMENT OF INSURANCE
333 Guadalupe Street
Po Box 149221...78714-9221
Austin, TX 78701

Lowell Keig, Director
Texas Workforce Commission Civil Rights Division
101 East 15th Street
Room 144T
Austin, Texas 78778

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 460-2017-03421 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr, Ms, Mrs)*<br>Ms. Kamme O | Home Phone *(incl. Area Code)*<br>(979) 575-1091 | Date of Birth<br>1966 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| Po Box 1231, College Station, TX 77841 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>STATE FIRE MARSHALL OF TEXAS | No. Employees, Members<br>Unknown | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |
| 333 Guadalupe Street, Po Box 149221    78714-9221, Austin, TX 78701 | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 09-01-2016    Latest: 09-01-2016<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On June 18, 2015, I filed a charge (31C-2015-01426) that is currently pending investigation. After 23 years of employment with Texas A&M University, my employment was terminated.

September 19, 2016, I was interviewed by the Texas State Fire Marshal for a Deputy Inspector position, District 5. The District 5 position included Texas A&M University as part of its jurisdiction. I was very qualified for the position however not ultimately selected. A younger less experienced female was selected for the position. I believe that I was not selected for the position in part due to my complaints against Texas A&M University.

I believe that I have been discriminated against due to my age and in retaliation for complaining of a protected activity in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/25/17<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 25th, July 2017<br>MARSHA L. HILL<br>Notary Public, State of Texas<br>Notary ID# 478075-8<br>My Commission Expires<br>MAY 10, 2021 |

No. _____

|  | § |  |
|---|---|---|
| KAMME O | § |  |
| Plaintiff, | § |  |
|  | § |  |
| v. | § |  |
|  | § | TEXAS SOUTHERN DISTRICT |
| TEXAS DEPARTMENT OF INSURANCE | § | COURT |
|  | § |  |
| Defendant. | § |  |
|  | § |  |
|  | § |  |

## PLAINTIFF'S REQUESTS LEGAL REPRESENTATION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, requests LEGAL REPRESENTATION and/or help appointed by the Court, it appears the long list of who has been contacted so far 100+/-?  Via the 4:17-CV-03877 Complaint are interested to begin with but then return with "don't have time", "don't have the resources".

Plaintiff did not reapply for Legal Aid for this Complaint since she has learned LoneStar Legal Aid within her area "does not assist with fee generating cases."

The Amended TX BAR Grievance #201900247 against Attorney Derek Howard via the 31C-2015-01426 EEOC charge returned March 7, 2019 as "Dear Mr./Ms. O:" and being that the footer on each page reads AggieCarpenterMom@gmail.com and 01426 was a discrimination charge it's an easy assumption that _____.

Plaintiff declined requesting a jury – to save the Court's time and resources, but she is still at a loss for knowing all there is to know about Court process, legal vocabulary and law site/research. And the emotional strain continues.

Plaintiff is however convinced that the September 2016 TXSFMO interview went very well. And that TXSFMO all but ignored addressing her concerns of safety on TAMU campus 2016-2017. The new hire even failed to note the FIRE PANEL was in trouble mode since 2015 on the 2017 inspection of the TAMU (era 1914) Academic building. [ref: EXHIBIT 1]

Sincerely,

Kamme O

# Plaintiff's EXHIBIT 1

## EEOC 460-2017-03421

## ASSORTED DOCUMENTS

06-27-2017   INITIAL LETTER TO EEOC, 1 pg

06-28-2018   Plaintiff's RESPONSE LETTER to the EEOC, 5 pg

06-28-2018   2017 TXSFMO inspection by younger hire, 5 pg

06-28-2018   2013 Inspection of 462 Academic Bldg by KO, 2 pg

AggieCarpenterMom@gmail.com

Kamme O



JUN 2 7 2017

EEOC, Houston District Office
Mickey Leland Building
1919 Smith Street, 6th floor
Houston, Texas 77002
houstonintake@eeoc.gov
Fax: 713-651-4902
1-800-669-4000
June 27, 2017

Dear Investigator,

June 18, 2015 I filed a complaint with the TWC, EEOC (31C-2015-01426) it is still currently in the investigation phase. I was systematically retaliated against and eventually terminated 01-29-2016, effective 02-12-2016 from Texas A&M University after 23+ years of employment.

280 days ago, September 19, 2016 I interviewed with the Texas State Fire Marshal for a Deputy Inspector position, District 5. I was over an hour early to the interview - We interviewed early and it went really well. I provided each one a folder with a cover-letter and information of my job history and current Fire Inspector Certifications. That particular Deputy position included Texas A&M University within its' Inspection area of District 5, which I had 16+/- years of inspecting room by room, roof to basement. I did not receive the position. I believe that I am older than the female that was hired, (Melissa Jones) that I have more inspection experience, and that not getting hired for the position is in part retaliation for having filed a discrimination and retaliation complaints against a State University.

Sincerely,

Kamme O

6-27-2017

Kamme O
Personal Information

RECEIVED

JUN 2 8 2018

HOUSTON
DISTRICT OFFICE
EEOC

EEOC #31C-2015-01426, KAMME O v. TAMU
STXCOURT 4:17-cv-03877
EEOC #460-2017-02699 KAMME O v. TXSFMO

EEOC - Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002

Dear Pamela Butler:

Appears the "facts to date" from TDI are "not affidavits" or "intended to be used as evidence", therefore it appears to be **hearsay.** I can provide a copy of the information packet that I brought for each of the interviewers September 2016. I arrived over an hour early to the interview and recognized one of them from the online TXSFMO employee photos, introduced myself to him in the parking garage and he walked me on up for the interview. They were all very polite, almost apologetic towards me by the end of that interview. I wasn't sure why.

Given my many experiences with Texas A&M University and the TAMU Response to the EEOC 31C-2015-01426, dated March 4, 2016 claims that I yelled at my supervisor, when **I did not.** Ten of the twelve witness statements claim to have heard me yelling at the

1

6-28-2018

supervisor, which is completely false. So, whatever TDI claims that isn't an affidavit or notarized - I view it all as hearsay.

Stated in that March 4, 2016 EEOC Response, TAMU listened to an audio of the 11-20-2015 witnessed meeting on January 4, 2016 - before terminating my employment January 29, 2016; after having sent employees home early, vacating the office, so that the EHS Director, Assistant Director and 2 supervisors could all walk into my office, shut the door and hand me a letter of termination without a hearing, or an explanation more than "work performance". Without my having access to whatever TDI supplied the EEOC I cannot knowingly defend myself against any of it.

Recently, I submitted the 54 page transcript and the audio of the 11-20-2015 meeting to the Southern District Court of Texas, Houston, 4:14-cv-03877. Texas A&M University was not the only recording of that verbal assault. My supervisor actually stood over her desk, beating her fist, daring me to file another complaint with HR.

Chances are, since TXSFMO has avoided responding to the evidence I submitted via email 12-29-2016 of the FALSE INSPECTION DATES of the Fire & Life Safety inspections by Texas A&M University, College Station. And that Vice President Jerry Strawser failed

2

6-28-2018

to respond to the email that I sent to him, about the subject of FIREHOUSE application problems and the creation of random inspection dates, and that it is a criminal offense to knowingly falsify the inspections, it is all temporal proximity: #RELATED

I only just checked the PO Box 1231 on 06-21-2018, so I am rushed to respond to the most recent response letter from you. I would be happy to meet with you and supply whatever documentation you believe would serve the case, as I believe the discrimination, harassment and retaliation by the "STATE of Texas" to be systemic.  I have a been victim of it for decades, assorted experiences the 2014-2016 being the most intense: retaliation, isolation, discrimination, back-dated first report of injury by the HR Liaison, she told me, "It's probably just old age", vacation suspension without warning in an attempt to force me to sign FMLA documents, assignment overload, verbal assault, bogus anonymous complaints against me.

TAMU HR was not timely responding to any written complaints. No response to the 11-10-2015 Complaint of the **MEN were not suspended from vacation, but the eyewash shower inspections were YEARS behind – same supervisor**. The amount of slander and liable I have been subjected to is the stuff movie mini-series are made about.

3

6 - 28- 2018

Also, have a read at the TXSFMO 2017 "inspection" – page two begins with "insert building name here" and there are **no room numbers** to identify where the #? Extension cords were located or removed from. And since the stair rail was written up again – that would imply that the **door** to the roof access was still **completely missing** from the Academic Building. (Building with the Dome, that is pictured in the TAMU logos.)Also, "JOHN RAINER" is actually supposed to be "JAMES RAINER" – the AHJ of campus for many years.

**If anything, TXSFMO did not hire me because of my 23+ campus experience,** I knew Texas A&M University basically room by room, roof to basement and the STATE doesn't want to know what I knew. Like, the Oceanography building not having emergency lighting – and the 3 floors that did have, were/are **not connected.** Same reason James Rainer did not allow me to escort the TXSFMO 1999-2016, I thought SAFETY meant following codes/rules. I didn't know it was really just about "LIABILITY" and "IMMUNITY" until I open records requested that 2017 TXSFMO inspection of TAMU and I read how vague it appears.

I still do not understand why the Texas Workforce Commission failed to investigate the complaint I submitted 06-18-2015? Except that passing it to the EEOC, winds up as a 90 day Right

6-28-2018

4

To Sue letter, which ironically is the same month and day of the EXIT interview of 1999, that did not come over with my personnel file at TAMU EHS: 09-21-1999 and 09-21-2017.   My employment was terminated almost exactly twenty years after I had been written up for "being female" and TAMU HR claimed they couldn't find it anywhere. (I offered them a copy.)

Far as I am concerned it is all "Temporal Proximity" and no one is immune to who they are or were.


Please update my address to the 3503 Winding Road, Hearne Texas 77859, as I am not as often in College Station.


Sincerely,

Kamme O

5

6-28-2018



**Texas Department of Insurance**

State Fire Marshal's Office, Mail Code 112-FM
333 Guadalupe • P. O. Box 149221, Austin, Texas 78714-9221
512-676-6800 • 512-490-1057 fax • www.tdi.texas.gov

June 7, 2017

Kamme O.
Personal Information

Re:  Inspection no. RRO16341A
     Open records request 184819

Dear Kamme O.:

We received your request of May 30, 2017 for a copy of the report from the above-referenced inspection.  Pursuant to your request, enclosed is this report (4 pp.).

Please feel free to contact me if you have any questions.

Sincerely,

Carolyn Pursley
Open Records Liaison

Enclosure

*WHILE TX SFMO INCLUDED MY NAME AND PHONE NUMBER (NOT THE EMAIL I USED TO SUBMIT THE INFO) TO SUPPLY A THEY REFUSED COPY OF THE INSPECTIONS & NEVER HAVE ADDRESSED THE FALSE DATES OF INSPECTION.*

6-28-2018



TEXAS STATE FIRE MARSHAL'S OFFICE
# FIRE SAFETY INSPECTION REPORT

| | |
|---|---|
| **FACILITY** | Texas A&M University-Academics |
| **INSPECTION NUMBER** | RRO16341A |
| **DATE OF INSPECTION** | March 13, 2017 |
| **INSPECTOR** | Robyn A. Delgado |

Texas A&M University-Academics
John Rainer  ⟵ *JAMES RAINER*
1111 Research Pkwy, Suite 220
College Station, TX 77845

*FEB 27TH 2017*

(979) 862-4039
Brazos County

Physical Address: 1111 Research Pkwy, Suite 220 College Station, TX 77845
Email address: jbrainer@tamu.edu

This inspection was conducted on the basis of a complaint submitted to the State Fire Marshal's Office.

This facility is a state university and the State Fire Marshal's Office is the authority having jurisdiction. The complaint was addressed using NFPA 1, Fire Code and NFPA 101, Life Safety Code 2015 editions.

*NOT ADVISED THAT MY INFO WOULD BE ON REPORT.*

The original complaint was received on February 9, 2017 from Kamme O. (979-575-1091). ⟵ *12-29-2016*

The complaint indicated there were several Fire and Life Safety concerns throughout the campus.

A full inspection of the building and premises was not conducted. The following buildings were looked at based on the complaint:
R. Delgado
Building 1511
Building 6468
Building 0462
Building 0393
Building 0457
M. Jones
Building 0468
Building 0468A
Building 1509
Building 1510

On March 13, 2017 Inspectors Moe Jones and Robyn Delgado met with James Rainer and David Zeiger to discuss and verify Fire and Life Safety concerns that were disclosed in the initial complaint.

Inspection Number RRO16341A
Revised 7.10.15

*6-28-2018*

Page 1 of 4

Kamme O vs State Marshall of Texas

46 of 121



TEXAS STATE FIRE MARSHAL'S OFFICE
# FIRE SAFETY INSPECTION REPORT

Five buildings were inspected with the following violations noted in accordance with NFPA 1, Fire Code. Please respond within 30 days of receipt of this report, detailing your intentions to correct the violations and a timeline for completion.

## Building 0462 Academic

Building 0462 Academic is a four story structure classified as existing business occupancy. Features of fire protection include a fire alarm system with smoke detection and portable fire extinguishers. Illuminated exit signs, and emergency lighting units are provided.

## VIOLATION 1

There is excessive use of extension cords in the mechanical rooms.

NFPA 1, Fire Code, Chapter 11.1.5.6

**\*Note: extension cords were removed from the mechanical rooms by Mr. Rainer.**

## VIOLATION 2

*RM # ?*

There is an extension cord running through the second floor mechanical room to floor above.

Flexible cords and cables shall not be used for the following:

- As a substitute for the fixed wiring of a structure
- Where run through holes in walls, structural ceilings, suspended ceilings, dropped ceilings, or floors
- Where run through doorways, windows, or similar openings
- Where attached to building surfaces
- Where concealed by walls, floors, or ceilings or located above suspended or dropped ceilings
- Where installed in raceways, except as otherwise permitted in this *Code*
- Where subject to physical damage.

NFPA 1, Fire Code, Chapter 11.1.5.5; and NFPA 70, National Electrical Code, Article 400.8

## VIOLATION 3

*RM # ?*

Junction box on the third floor mechanical room is missing a cover plate.

NFPA 1, Fire Code, Chapter 11.1.8

## VIOLATION 4

*RM # ?*

The interior spiral stairs leading from the third floor to the storage/roof access lacks the required handrails.

NFPA 1, Fire Code, Chapter 20.15.1; and NFPA 101, Life Safety Code, Chapter 7.2.2.4.1.1

TEXAS STATE FIRE MARSHAL'S OFFICE
# FIRE SAFETY INSPECTION REPORT

## Building 6468 Central Garage

Building 6468 Central Garage is a six story structure with a basement classified as mixed occupancy of existing assembly, existing business and existing storage. Features of fire protection include a fire alarm system with smoke detection, fire sprinkler system and portable fire extinguishers. Illuminated exit signs and an emergency generator are provided.

## VIOLATION 1

WHERE ?

The plug for the projector is penetrating the ceiling.

Flexible cords and cables shall not be used for the following:

- As a substitute for the fixed wiring of a structure
- Where run through holes in walls, structural ceilings, suspended ceilings, dropped ceilings, or floors
- Where run through doorways, windows, or similar openings
- Where attached to building surfaces
- Where concealed by walls, floors, or ceilings or located above suspended or dropped ceilings
- Where installed in raceways, except as otherwise permitted in this *Code*
- Where subject to physical damage.

NFPA 1, Fire Code, Chapter 11.1.5.5; and NFPA 70, National Electrical Code, Article 400.8

You are in receipt of a report that details the Fire Code and Life Safety hazards that were identified by this office at your facility. Some of the violations identified in this report may be of a serious life safety hazard. It is your responsibility to correct the hazards and bring your facility up to code. The State Fire Marshal's Office assumes no liability for your failure to follow up and correct these hazards.

Robyn A. Delgado
Deputy State Fire Marshal-District 9 & 10
State Fire Marshal's Office
333 Guadalupe, P. O. Box 149221
Mail Code 112-FM
Austin, Texas 78714-9221
(800) 578-4677 Headquarters
(512) 490-1063 Fax
Beeville Field Office
(512) 627-8411 Cell
robyn.delgado@tdi.texas.gov
www.tdi.texas.gov/fire/
Facebook www.facebook.com/pages/Texas-State-FireMarshal/501159736591478?ref=hl

Inspection Number RRO16341A
Revised 7.10.15

06-28-2018

Page 3 of 4



TEXAS STATE FIRE MARSHAL'S OFFICE
# FIRE SAFETY INSPECTION REPORT

| | |
|---|---|
| **INSPECTION NUMBER** | RRO16341A |
| **DATE OF INSPECTION** | March 13, 2017 |
| **INSPECTOR** | Moe Jones |

Name of building was inspected with the following violations noted in accordance with NFPA 1, Fire Code. Please respond within 30 days of receipt of this report, detailing your intentions to correct the violations and a timeline for completion.

Four buildings were inspected in accordance with NFPA 1, Fire Code.

In the recent complaint, it was noted concerns regarding the delayed egress on the exit doors, in the libraries (i.e. buildings 0468, 0468A, 1509 and 1510).

After an inspection and testing of the door delay egress locking system it was determine the doors met the requirements for NFPA 1, Fire Code, Chapter 14.5.3.1.1 Delayed-Egress Locking Systems.

Moe Jones
Deputy State Fire Marshal
(512) 417-7081
moe.jones@tdi.texas.gov

Inspection Number RRO16341A
Revised 7.10.15

06-28-2018
Kamme O vs State Marshall of Texas

Page 4 of 4

49 of 121



**Texas A&M University**
**Environmental Health & Safety**
**979.845.2132    4472 TAMU**
**Fire & Life Safety Inspection Report**



2013 INSPECTION BY KAMMED
USING FIREHOUSE APPLICATION =
NO ITEM #5, THE "10.614" DOESN'T
APPLY TO ANYTHING.
(FIREHOUSE APP)

March 22, 2013

462- Academic Bldg
377 Houston ST
College Station, TX 77843

An inspection of your facility on Mar 22, 2013 revealed the discrepancies listed below.

Please address all items on this report with the appropriate personnel from each department to ensure corrective action is taken.

---

**Violation Code**

---

10.614 (FacSvcs) Fire/Smoke spread: Other

Note    Roof Door at the very top of dome is missing.

    412, 119A - Floor penetration, conduit not filled.

---

10.604 Exterior (Occupant): Other items

---

12.232 Exits (FacSvcs) Other:

Note    No EXIT sign - Hallway Near 402CA

    411- has 5 similar doors to choose from, only one exits - it ought to be identified.

---

13.318 (FacSvcs) No descripton of room use

Note    Mechanical Rooms Throughout Building.

    No ID of Roof Access - 412

---

11.319 (Occupant) Storage of materials: Other

Note    119A - Excessive Combustibles.

---

11.307 Area in need of general housekeeping

Note    Roof - plant growing in corner, blocking drain.

---

11.312 General hazard:  Other

Note    Ladder hanging outside on the dome since when and for what reason? Concern is it's age/deterioration? Remove ladder from exterior of dome.

    Wooden Floor Exposed/ Tiles loose/missing- Mechanical 410, Mechanical 412.

    Mechanical 119A - Broken lightbulb hanging from socket.

    Near 302 - 4 to 3 stair rail is loose.

---

11.310 Slip/trip hazard

Note    4th Floor Stairs- floor tiles are missing & loose.

---

13.320 (FacSvcs) No room number or description of use

Note    Basement Access

---

06-28-2018

**2013 KO INSPECTION #462**

| Violation Code |
|---|

**12.225 (FacSvcs) Exit sign not directing to exit route**

Note   Hall near 402CG

Hall near 425

**12.226 (FacSvcs) Emergency light not working**

Note   Basement Mechanical Room

Near 402CE

**11.612 (FacSvcs) Penetrations not fire caulked**

Note   410 Mechanical

410A

Mechanical 407

110A

**85.110 Extension cord(s) in use.**

Note   311A

206

411-large extension cord connected to 3 power-strips,feeding 10+ computers & monitors

**85.141 (FacSvcs) Electrical issues:  Other**

Note   Extension Cords - Mechanical 309, Mechanical 209

Mechanical 413 - verify working condition of light fixtures.

Projector - 307, 208.

**11.611 (FacSvcs) Ceiling tile(s) missing/damaged**

Note   408

Near 402C

Near 308

Near 404

416

Near 438

**12.219 Fire doors blocked open**

Note   Mechanical 412-Door to roof was blocked open 3/14/13. (I closed/locked the door.)

**11.506 Candles and/or incense present**

Note   107

**13.308 (FacSvcs) Identification:  Other**

Note   AED sign not installed, laying near device - near First Floor Elevator

No ID of Fire Panel location - 119A

---

*KAMMEO* (signature)

TO PRINT
THIS HAS TO HAVE A MARK.
NO SIGNATURES WERE
EVER PART OF ANY
INSPECTION.
(FIREHOUSE APP)

O00001 Kamme O

Dr. Jane Sell

Inspector

06-28-2018

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Kamme O<br>3503 Winding Road, Hearne TX 77859<br>AggieCarpenterMom@gmail.com  979-575-1091 | Texas Department of Insurance, TXSFMO<br>333 Guadalupe Street, PO Box 149221 Austin, TX 78714-9221 |
| **(b)** County of Residence of First Listed Plaintiff   ROBERTSON<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   TRAVIS<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br><br>PRO SE | Attorneys *(If Known)* |

United States Courts
Southern District of Texas
FILED

MAR 15 2019

David J. Bradley, Clerk of Court

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S. Code, 623 - Prohibition of Age Discrimination / ***

Brief description of cause:
TXSFMO hired the younger, less inspection experience female - Preferential hiring.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 300,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   Sim Lake / Magistrate Nancy K Johnson   DOCKET NUMBER   4:17-CV-03877

DATE   03/12/2019

SIGNATURE OF ATTORNEY OF RECORD   Kamme O   PRO SE

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE